UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

          v.                                   NOTICE OF APPEARANCE

GANNON KEN VAN DYKE,                    26 Cr. 156 (MMG)

                          Defendant.
--------------------------------------------------------X

        TO: CLERK OF COURT

        PLEASE TAKE NOTICE that Teny Geragos Krishnaswamy, Esq., of Agnifilo Intrater

LLP, 140 Broadway, Suite 2450, New York, NY 10005, is appearing for defendant GANNON

KEN VAN DYKE in the above-captioned matter.


Dated: May 4, 2026
      New York, NY



                                      _____
                                      Teny Geragos, Esq.
                                      Agnifilo Intrater LLP
                                      140 Broadway, Suite 2450
                                      New York, NY 10005
                                      Tel: (646) 205-4351
                                      teny@agilawgroup.com