

**U.S. Department of Justice**

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

May 12, 2026

The Court accepts Mr. Bensley's recommendation regarding appropriate CISOs for this case. SO ORDERED.

Dated: May 13, 2026

The Honorable Margaret M. Garnett
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Gannon Ken Van Dyke* (1:26-cr-00156)

Dear Judge Garnett:

Pursuant to paragraph two of the "Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information," I recommend Mr. Matthew W. Mullery, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case. I also recommend Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers. I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation. I also affirm that they maintain the requisite competence and qualifications to perform security-related functions. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions, please call me on (202) 514-2094.

Respectfully submitted,

Glenn R. Bensley
Acting Department Security Officer