UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 10, 2026
```

UNITED STATES OF AMERICA,

         -v-

GANNON KEN VAN DYKE,

               Defendant.

26-CR-00156 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

In light of the discussion held with the parties at the June 8, 2026 conference, the Court hereby ORDERS the following schedule for pre-trial motions:

- **July 31, 2026** – Defendant's pre-trial motions due; Government to file a letter requesting a CIPA § 2 conference.

- **August 19, 2026** – Government's responses to Defendant's pre-trial motions due.

- **August 26, 2026** – Defendant's reply briefs in support of their pre-trial motions due.

- **Monday, September 28, 2026, at 2:00 p.m.** – Conference on pre-trial motions.

- **October 2, 2026** – Government's *ex parte* CIPA § 4 brief due.

Additionally, trial for this matter is set to begin with jury selection on **December 7, 2026, at 9:30 a.m.**, and is estimated to last approximately one-to-two weeks.  The Court ORDERS the following schedule for trial:

- **September 21, 2026** – Government to disclose any expert witnesses to Defendant pursuant to Rule 16(a)(1)(G).

- **October 5, 2026** – Defense to disclose any expert witnesses to the Government.

- **October 19, 2026** – Motions in limine including any *Daubert* challenges due.

- **November 2, 2026** – Oppositions to motions in limine and *Daubert* challenges due.

- **November 9, 2026** – Proposed requests to charge, verdict forms, and *voir dire* due.

- **November 20, 2026** – Opposition briefs to the other party's requests to charge, not to exceed 20 pages, due.

- **Tuesday, December 1, 2026, at 2:00 p.m.** – Final pretrial conference. The final pretrial

conference must be attended by the attorney who will serve as principal trial counsel.

Pretrial filings should comport with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett.  In accordance with those rule, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise, but the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov when they are filed on ECF.

SO ORDERED.

Dated: June 10, 2026
      New York, New York

_____
MARGARET M. GARNETT
United States District Judge

2