UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

GANNON KEN VAN DYKE,

Defendant.
--------------------------------------------------------X

NOTICE OF APPEARANCE

26 Cr. 156 (MMG)

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Daniela Manzi, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 4530, New York, NY 10005, is appearing for defendant GANNON KEN VAN DYKE in the above-captioned matter.

Dated: August 20, 2026
New York, NY

Daniela Manzi, Esq.
Agnifilo Intrater LLP
140 Broadway, Suite 4530
New York, NY 10005
Tel: (646) 205-4350
daniela@agilawgroup.com