**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2026

**BY ECF**
Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Request GRANTED. SO ORDERED.

Dated: September 15, 2026

**Re: *United States v. Van Dyke*, 26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government writes, with the consent of the defendant, to respectfully request that the Court extend the time by which the parties' respective expert disclosures are due by three days. Presently, the Government's expert disclosure is due on September 21, 2026, which falls on a religious holiday, and the defendant's expert disclosure is due on October 5, 2026. (Dkt. 18). If this application is approved by the Court, the Government's expert disclosure would be due on September 24, 2026, and the defendant's would be due on October 8, 2026.

The Government is available to address any questions the Court may have.

Respectfully submitted,

SEAN BUCKLEY
Deputy United States Attorney
Southern District of New York

by: /s/
Nicholas W. Chiuchiolo
Ryan B. Finkel
Juliana N. Murray
Assistant United States Attorneys
26 Federal Plaza, 37th Floor
New York, New York 10278
Telephone: (212) 637-1247 / 6612 / 2314