**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

October 2, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Gannon Ken Van Dyke,* 26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

Respectfully submitted,

SEAN S. BUCKLEY
Deputy United States Attorney
Southern District of New York
*Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515*

By: /s/
Nicholas W. Chiuchiolo
Ryan B. Finkel
Juliana N. Murray
Assistant United States Attorneys
(212) 637-1247 / 6612 / 2314

cc: Defense Counsel (by ECF)