**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2026

**BY ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Gannon Ken Van Dyke*, 26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government respectfully writes in advance of the oral argument scheduled for October 7, 2026, to inform the Court of a newly decided case addressing the definition of a "swap" in the context of prediction markets.

On October 2, 2026, in *Coinbase Fin. Mkts., Inc. v. Raoul*, the Honorable Martha M. Pacold of the Northern District of Illinois issued a partial preliminary injunction in three consolidated cases brought by Coinbase, Kalshi, and the United States and the CFTC, blocking Illinois from enforcing its sports-wagering and licensing scheme against Coinbase and Kalshi. *Coinbase Fin. Mkts., Inc. v. Raoul*, Nos. 1:25-cv-15406, 1:26-cv-03659, 1:26-cv-07363, 2026 WL 2969682 (N.D. Ill. Oct. 2, 2026). In the opinion, Judge Pacold engaged in a statutory interpretation and found that Kalshi's sports-related event contracts easily satisfy the statutory definition of a "swap" under 7 U.S.C. § 1a(47)(A)(ii).

Respectfully submitted,

SEAN S. BUCKLEY
Deputy United States Attorney
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

By: ______________________________
Nicholas W. Chiuchiolo
Ryan B. Finkel
Juliana N. Murray
Assistant United States Attorneys
(212) 637-1247/ -6612/ -2314

cc: all counsel of record (by ECF)