AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States
*Plaintiff*
v.
Gannon Ken Van Dyke
*Defendant*

Case No. 26 Cr.156

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gannon Ken Van Dyke .

Date: 10/13/2026

/s/ Deanna M. Paul
*Attorney's signature*


Deanna M. Paul; 499266
*Printed name and bar number*

Geragos & Geragos APC
256 5th Avenue, 3rd Floor
New York, NY 10001
*Address*

deanna@geragos.com
*E-mail address*

(213) 625-3900
*Telephone number*

*FAX number*


Print Save As... Reset