**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 9, 2026

**BY ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Gannon Ken Van Dyke*, 26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government respectfully writes to request permission to file an oversized brief, containing approximately 9,600 words, in opposition to defendant Gannon Van Dyke's motion to preclude portions of proposed expert witness testimony. The defendant has no objection to this request.

Respectfully submitted,

SEAN S. BUCKLEY
Deputy United States Attorney
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

By: ______________________________
Nicholas W. Chiuchiolo
Ryan B. Finkel
Juliana N. Murray
Assistant United States Attorneys
(212) 637-1247/ -6612/ -2314

cc: all counsel of record (by ECF)