# Supplemental Disclosure as to Expert Witness Terrence Hendershott

November 9, 2026

1. Professor Hendershott's event study results for Venezuelan sovereign and PDVSA bonds are summarized in this supplemental disclosure. Professor Hendershott's September 24, 2026 disclosure notes that following the public announcement of Operation Absolute Resolve on January 3, 2026, returns from last firm quotes for Venezuelan sovereign bonds and PDVSA bonds ranged from 29% to 35% and from 32% to 38%, respectively, on January 5, 2026.[1] As discussed below, to isolate the effect of Operation Absolute Resolve on bond prices, Professor Hendershott controlled for general market fluctuations by including the risk-free rate and an emerging market bond index in his regressions. Additionally, Professor Hendershott conducted a systematic review of news and analyst reports and did not identify any events that would have affected the prices of Venezuelan bonds from the close of trade on Friday, January 2, 2026 to Monday, January 5, 2026, other than Operation Absolute Resolve.[2] Professor Hendershott's results indicate that the bond price increases following Operation Absolute Resolve are statistically significant, or unlikely to be driven by random chance alone.

2. Professor Hendershott's review of news and analyst reports did not identify any confounding events that would have affected the prices of Venezuelan bonds from close of trade on Friday, January 2, 2026 to Monday, January 5, 2026. In fact, news and analyst reports attributed the price changes of the Venezuelan bonds over the weekend of January 3, 2026 to the capture of President Maduro. A Sunday, January 4, 2026, Bank of America analyst report titled "Venezuela Viewpoint: Maduro's Exit: Economic & Oil Implications" referred to the Venezuelan defaulted debt and stated "[b]ond prices are expected to rise to reflect a higher probability of a debt restructuring and more constructive scenario for oil production if the transition is successful."[3] On that same day, a J.P. Morgan report titled "Venezuela: Initial Thoughts in the Post Maduro World" stated "[a] strong pop [in Venezuelan bonds] at the open on Monday ($8–10pts) could be sustained, with continued upside a function of durability of the new, unexpected bilateral relationship."[4] Professor Hendershott's September 24, 2026 disclosure shows bond price changes from market close on January 2 to January 5, 2026 were in line with analysts' expectations. For example, the sovereign bond with a 13.625% coupon maturing on August 15, 2018 increased 9.73 points between its last firm quote prior to market close on January 2 and its last firm quote prior to market close on January 5, 2026.

---

[1] Disclosure as to Expert Witness Terrence Hendershott, September 24, 2026 ("Hendershott Disclosure"), pp. 4–5.

[2] To systematically identify news and analyst reports on Venezuelan bonds, Professor Hendershott performed keyword searches on Factiva, Capital IQ, and LSEG Workspace.

[3] "Venezuela Viewpoint: Maduro's Exit: Economic & Oil Implications," *Bank of America*, January 4, 2026, p. 1.

[4] "Venezuela: Initial Thoughts in the Post Maduro World," *J.P. Morgan*, January 4, 2026, p. 1.

3. Figure 1 shows the performance of Venezuelan bonds against the broader bond markets. Specifically, Professor Hendershott plotted the Venezuelan bonds against a widely used benchmark for similar emerging market debt. For the Venezuelan bonds, Professor Hendershott created two equal-weighted price indices, one for the eleven sovereign bonds and another for the four PDVSA bonds identified in his disclosure.[5] Because these bonds trade infrequently, he measured prices using the last firm quote of each day. The equal-weighted indices show average prices across each of the two categories of Venezuelan bonds. Additionally, following standard methodology in the literature, Professor Hendershott selected the J.P. Morgan EMBI Global Diversified Index ("EMBI") to measure the performance of U.S. dollar-denominated emerging market sovereign and quasi-sovereign bonds, matching the profile of the Venezuelan bonds in his sample.[6] Figure 1 plots the performance of these three series from January 2, 2025 to September 14, 2026, pegging their initial values to 100 at the start of the period.

---

[5] Hendershott Disclosure, Slide 1.

[6] The EMBI tracks the performance of U.S. dollar-denominated government and quasi-government bonds issued by emerging market countries. See Robert F. Dittmar and Kathy Yuan, "Do Sovereign Bonds Benefit Corporate Bonds in Emerging Markets?" *The Review of Financial Studies*, 21(5), 2008, p. 1988 ("the most common benchmark for emerging market bonds is the EMBI indices composed by JPMorgan-Chase"). See "J.P. Morgan EMBI Global Diversified Index: Methodology and Factsheet," *J.P. Morgan*, September 7, 2023, available at https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/markets/composition-docs/pdf-27.pdf.

**Figure 1:**

**Relative Performance of Venezuelan Sovereign and PDVSA Bonds vs. Emerging Market Index**
1/2/25 – 9/14/26




Source: *Bloomberg*; Truth Social post by Donald J. Trump (@realDonaldTrump), January 3, 2026, 4:21 AM, available at https://truthsocial.com/@realDonaldTrump

Note: The Venezuelan and PDVSA Bond Indices are calculated as a simple average of all relevant bonds with prices on a given day. EMBI Index is the J.P. Morgan EMBI Global Diversified Index. Prices for all indices are pegged to 100 on 1/2/25.

4. As Figure 1 shows, Venezuelan bond prices rose sharply on January 5, 2026. The sovereign bond index increased by 31.2%, while the PDVSA index increased by 35.5%, compared to average daily returns of 0.3% and 0.4% respectively, over the prior year. In contrast, returns on the EMBI that same day were more in line with daily returns for the prior year.[7] The event study described below tests whether the January 5, 2026 returns on Venezuelan bonds were statistically significant—or exceptionally large given their usual variation—after controlling for changes in the EMBI. Following standard practice, we analyze returns rather than prices because returns are a scale-free measure of value changes and have more attractive statistical properties than prices.[8]

---

[7] On January 5, 2026, EMBI's one-day returns were 0.4%, compared to average daily returns of 0.1% over the prior year.

[8] John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, The Econometrics of Financial Markets (Princeton, NJ: Princeton University Press, 1997) ("Campbell et al. (1997)"), p. 9 ("Virtually every aspect of financial economics involves returns, and there are at least two reasons for focusing our attention on returns rather than on prices. First, for the average investor, financial markets may be considered close to perfectly competitive, so that the size of the investment does not affect price changes. Therefore, since the investment 'technology' is constant-returns-to-scale, the return is a complete and scale-free summary of the investment



USAO_004960

5. Professor Hendershott conducted the event study using daily data over a sample period of January 2, 2025 to January 5, 2026, employing the following methodology:

1) As is standard in the bond event study literature, he calculated the daily excess returns (the returns minus the risk-free rate) on each of the Venezuelan bond indices.[9]
2) He similarly calculated the daily excess returns on the EMBI (by subtracting the risk-free rate from the returns). The EMBI controls for changes in the performance of emerging market bonds issued by sovereign and quasi-sovereign entities.[10]
3) He then estimated an event study regression to isolate the changes in daily excess returns of the Venezuelan bond index that are not attributable to changes in the broader bond markets.[11] The regression controls for changes in the emerging country bond markets by including the excess returns of the EMBI as an explanatory variable.
4) The regression also includes an indicator (dummy) variable that is equal to 0 on all days except January 5, 2026, when it is set to 1. Including this indicator as an explanatory variable captures the isolated price impact on the first trading day after the announcement of Operation Absolute Resolve that is unexplained by changes in the risk-free rate or the emerging country bond markets.[12]

6. Figure 2 reports Professor Hendershott's event study results. Columns (1) and (2) report results for the sovereign and PDVSA bond indices, respectively, providing regression estimates and related statistics. The estimated January 5, 2026 coefficient measures the portion of that day's excess returns not explained by changes in the EMBI or the risk-free rate.[13] This estimated coefficient is close to the average price increase of each of the indices, meaning that almost none of the price surge that day was driven by the broader bond market trends.

---

opportunity. Second, for theoretical and empirical reasons…, returns have more attractive statistical properties than prices…").

[9] Campbell et al. (1997), p. 154 (describing "excess returns (the return in excess of the nominal riskfree return generally measured using the US Treasury bill)"). Professor Hendershott specifically used the 4-week Treasury bill rate, converting it from an annualized to a daily rate.

[10] "J.P. Morgan EMBI Global Diversified Index: Methodology and Factsheet," *J.P. Morgan*, September 7, 2023, available at https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/markets/composition-docs/pdf-27.pdf.

[11] Campbell et al. (1997), pp. 149–180 ("the [event study] methodology can be applied to debt securities with little modification"); Daniel Maul and Dirk Schiereck, "The Bond Event Study Methodology Since 1974," *Review of Quantitative Finance and Accounting*, 48(3), 2017, pp. 749–787 ("Maul and Schiereck (2017)").

[12] For each index i the regression is: $(r_{it} - rf_t) = \alpha_i + \beta_i \cdot (EMBI_t - rf_t) + \gamma_i \cdot D_t + \varepsilon_{it}$, where $r_{it}$ is the return on index i on day t; $rf_t$ is the risk-free rate on day t; $EMBI_t$ is the return on the EMBI on day t; $D_t$ is an indicator variable equal to one on January 5, 2026 and zero otherwise; and $\varepsilon_{it}$ is the error term.

[13] Maul and Schiereck (2017) p. 769 (describing bond event studies that "add dummy variables for the event date to the right-hand side of the market model").

**Figure 2:**

**Venezuelan Bond Event Study Results**
1/2/25 – 1/5/26

| | Sovereign Bond Index | PDVSA Bond Index |
|---|---|---|
| Jan. 5 Indicator Coefficient | 0.30** | 0.34** |
| Jan. 5 Indicator Coefficient *p*-value | 1.21E-41 | 3.16E-44 |
| EMBI Excess Return Coefficient | 1.90** | 2.41** |
| EMBI Excess Return Coefficient *p*-value | 1.07E-05 | 3.15E-07 |

Source: *Bloomberg; U.S. Department of the Treasury,* Daily Treasury Rates, available at https://home.treasury.gov/resource-center/data-chart-center/interest-rates/TextView?type=daily_treasury_bill_rates&field_tdr_date_value=2025; Truth Social post by Donald J. Trump (@realDonaldTrump), January 3, 2026, 4:21 AM, available at https://truthsocial.com/@realDonaldTrump

Note: Coefficients marked with a double asterisk (**) and single asterisk (*) denote statistical significance at the 99% and 95% level respectively, using a two-tailed test.

7. In addition, Figure 2 reports the *p*-value for the January 5, 2026 coefficient. Analysis of the *p*-value allows researchers to assess whether the price changes on that date are statistically significant (abnormal) or whether they are likely driven by usual daily fluctuations. For reference, a *p*-value threshold of 0.05 is common in the literature, with *p*-values below 0.05 denoting statistically significant results that are unlikely to be driven by random chance alone.[14] Here, the *p*-values on the January 5, 2026 coefficient are billions of times smaller.[15] For reference,

[14] Daniel L. Rubinfeld and David Card, "Reference Guide on Multiple Regression and Advanced Statistical Models," in National Academies of Sciences, Engineering, and Medicine and Federal Judicial Center, *Reference Manual on Scientific Evidence*, Fourth Edition (Washington, DC: National Academies Press, 2025), p. 608 ("In most scientific work, the level of statistical significance required to reject the null hypothesis (i.e., to obtain a statistically significant result) is set conventionally at 0.05, or 5%.").

[15] As a robustness test, Professor Hendershott conducted event studies with an alternative specification that adds the daily excess returns on the one-month Western Canadian Select ("WCS") crude oil futures contract as a control for movements in oil prices. WCS is a heavy, sour crude oil similar in quality to Venezuelan crude oil. Academic research has found that the prices of oil and other commodities can affect the prices of sovereign debt because oil and commodities' prices can have an effect on an emerging country's ability to repay its debts. By including the returns on the WCS in the event study regression, Professor Hendershott controls for this effect. Professor Hendershott's event study results are robust to this alternative specification, and the resulting *p*-values are of the same magnitude as in his baseline regressions. See Hannes Boehm, Stefan Eichler, and Stefan Giessler, "What Drives the Commodity-Sovereign Risk Dependence in Emerging Market Economies?" *Journal of International Money and Finance*, 111, 2021, Article 102308, p. 1 ("Using daily data for 34 emerging markets in the period 1994–2016, we find robust evidence that higher export commodity prices are associated with lower sovereign default risk, as measured by lower EMBI spreads."); "Heavy Barrel Competition in the US Gulf Coast: Can Canadian Heavy Barrels Compete?" Study No. 157, *Canadian Energy Research Institute*, May 2016, available at https://natural-resources.canada.ca/sites/nrcan/files/energy/energy-resources/CERI_Study_157_Final_Report.pdf ("It becomes very clear that Western Canadian

given the EMBI return and risk-free rate on that day, returns of 4.6% and 5.1% for the sovereign bond index and the PDVSA bond index, respectively, would have been significant at the standard threshold. Actual returns by the sovereign and PDVSA bond indices were roughly 7 times larger.[16]

8. In sum, Professor Hendershott's bond event study results provide evidence that the close-to-close price increases in the Venezuelan bonds occurring from January 2, 2026 to January 5, 2026 can be attributed to the Operation Absolute Resolve.

Terrence J Hendershott

Terrence Hendershott, Ph.D.

crudes measure high in sulphur content and low on gravity, and have similar characteristics than Mexican, Venezuelan, Colombian and Brazilian crude streams used as pricing benchmarks. All of these crudes, including Western Canadian Select, are usually traded with a quality discount.")

[16] See Workpaper 1.

EXHIBIT A

# Documents Relied Upon

**Legal Documents**

- Disclosure as to Expert Witness Terrence Hendershott, September 24, 2026
- Indictment No. 26 Cr. 156 (S.D.N.Y.), United States of America v. Gannon Ken Van Dyke

**Data**

- *Bloomberg*
- *Capital IQ*
- *Factiva*
- *LSEG Workspace*
- *U.S. Department of the Treasury,* Daily Treasury Rates, available at https://home.treasury.gov/resource-center/data-chart-center/interest-rates/TextView?type=daily_treasury_bill_rates&field_tdr_date_value=2025

**Academic Literature**

- Daniel Maul and Dirk Schiereck, "The Bond Event Study Methodology Since 1974," *Review of Quantitative Finance and Accounting*, 48(3), 2017, pp. 749–787
- Hannes Boehm, Stefan Eichler, and Stefan Giessler, "What Drives the Commodity-Sovereign Risk Dependence in Emerging Market Economies?" *Journal of International Money and Finance*, 111, 2021, Article 102308, pp. 1–28
- Robert F. Dittmar and Kathy Yuan, "Do Sovereign Bonds Benefit Corporate Bonds in Emerging Markets?" *The Review of Financial Studies*, 21(5), 2008, pp. 1983–2014

**Analyst Reports**

- "Venezuela Viewpoint: Maduro's Exit: Economic & Oil Implications," *Bank of America,* January 4, 2026
- "Venezuela: Initial Thoughts in the Post Maduro World," *J.P. Morgan*, January 4, 2026

**Books and Book Chapters**

- Daniel L. Rubinfeld and David Card, "Reference Guide on Multiple Regression and Advanced Statistical Models" in National Academies of Sciences, Engineering, and

Medicine and Federal Judicial Center, *Reference Manual on Scientific Evidence*, Fourth Edition (Washington, DC: National Academies Press, 2025), pp. 577–664

- John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets* (Princeton, NJ: Princeton University Press, 1997)

**Other Online Material**

- "Heavy Barrel Competition in the US Gulf Coast: Can Canadian Heavy Barrels Compete?," Study No. 157, *Canadian Energy Research Institute*, May 2016, available at https://natural-resources.canada.ca/sites/nrcan/files/energy/energy-resources/CERI_Study_157_Final_Report.pdf
- "J.P. Morgan EMBI Global Diversified Index: Methodology and Factsheet," *J.P. Morgan*, September 7, 2023, available at https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/markets/composition-docs/pdf-27.pdf
- Truth Social post by Donald J. Trump (@realDonaldTrump), January 3, 2026, 4:21 AM, available at https://truthsocial.com/@realDonaldTrump

**Note: In addition to the materials on this list, I considered all materials cited in my supplemental disclosure and figures to form my opinions.**