# AGNIFILO INTRATER

November 22, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Van Dyke*, 26-cr-00156 (MMG)**

Dear Judge Garnett:

As the Court reviews the government's *ex parte* submission under Section 4 of the Classified Information Procedures Act, the defense respectfully submits the attached *Brady* demand to assist the Court in identifying information the defense contends is relevant and exculpatory and in determining whether any responsive information included in or addressed by the government's submission must be disclosed to the defense.

Respectfully submitted,

Teny Geragos, Esq.
Zach Intrater, Esq.
Jason Driscoll, Esq.
Daniela Manzi, Esq.
AGNIFILO INTRATER LLP

/s/
Mark J. Geragos, Esq.
Deanna Paul, Esq.
GERAGOS & GERAGOS P.C.

cc: All counsel (via ECF)