**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

**BY ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Gannon Ken Van Dyke*, 26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government submits this letter to respectfully request that the Court enter a schedule for proceedings pursuant to Section 6(a) and (c) of the Classified Information Procedures Act ("CIPA").

As the Court knows, the Government filed a motion pursuant to CIPA Section 4 on October 2, 2026, Dkt. 41, and submitted a supplemental Section 4 filing on November 3, 2026, Dkt. 52 (collectively, the "Section 4 Motion"). The Government's Section 4 motion remains pending. Counsel for the defendant submitted notice pursuant to CIPA Section 5 of the defendant's intent to disclose classified information at trial on November 9, 2026, Dkt. 56, and November 20, 2026. Trial is scheduled to begin on December 7, 2026

The Government intends to move pursuant to CIPA Section 6(a) for determinations concerning the use, relevance, or admissibility of classified information in the defendant's Section 5 notices that would otherwise be made during pretrial proceedings or at trial. If necessary following the Court's CIPA Section 6(a) determinations, the Government may move for substitutions pursuant to CIPA Section 6(c). The Government anticipates that the Court's resolution of the pending Section 4 Motion may inform the Government's submission, and the Court's rulings, pursuant to Section 6(a).

Accordingly, the Government proposes—with consent of defense counsel—the following schedule:

- Monday, November 30, 2026: Section 6(a) filing deadline
- Wednesday, December 2, 2026: Section 6(a) hearing (if requested / required)
- Friday, December 4, 2026: Section 6(c) motion deadline (if required)

Respectfully submitted,

SEAN S. BUCKLEY
Deputy United States Attorney
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

By: Juliana Murray
Nicholas W. Chiuchiolo
Ryan B. Finkel
Juliana N. Murray
Assistant United States Attorneys
(212) 637-1247/ -6612/ -2314

cc: all counsel of record (by ECF)

GRANTED. The Court adopts the proposed schedule set forth above. The Section 6(a) hearing, if necessary, shall be held on **Wednesday, December 2, 2026, at 1:00 P.M.**

SO ORDERED. Dated November 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE